AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
Jul 26 2022
Arthur Johnston, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Derrick Patrick Flanagan<br><br>Defendant(s) | )<br>)<br>)   Case No. 1:22mj587-RPM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10, 2022__ in the county of __Harrison__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec 2252(a)(4)(b) | Defendant, using a means or facility of interstate or foreign comerce, possessed visual depictions of minors, to include under those who had not attained 12 years of age, engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated herein.

☒ Continued on the attached sheet.

_____
Complainant's signature

Hillary Ladner, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 7-26-2022

_____
Judge's signature

City and state: Gulfport, Mississippi     Robert P. Myers, Jr., United States Magistrate Judge
Printed name and title

## AFFIDAVIT

STATE OF MISSISSIPPI            )
COUNTY OF HARRISON              )
SOUTHERN DISTRICT OF MISSISSIPPI )

I, Hillary Ladner, being first duly sworn, hereby depose and say that:

1. The Affiant is currently employed by the U.S. Federal Bureau of Investigation (FBI) Jackson Division, Gulfport Resident Agency (RA), MS, as a Special Agent (SA). The Affiant has been employed by the FBI since April 2021. As part of my daily duties as an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of images of minors engaging in sexually explicit conduct and child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of images of minors engaging in sexually explicit conduct and child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. I am submitting this affidavit in support of an Application for an Arrest Warrant authorizing the arrest of Derrick Patrick FLANAGAN for violations of Title 18, United States Code, Section 2252(a)(4)(B).

3. I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that FLANAGAN did possess visual depictions that had been shipped or transported in interstate or foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, in violation of Section 2252(a)(4)(B), Title 18, United States Code, and that had traveled in interstate commerce.

4. Title 18, United States Code, Section 2252(a)(4)(B) prohibits a person from knowingly possessing one or more matters that contain any visual depiction of a minor engaging in sexually explicit conduct, that has been mailed, shipped or transported using any means or facility of, in or affecting, interstate or foreign commerce, or which was produced using materials that had been so mailed, shipped or transported, by any means including by computer.

   a. The term "visual depictions" includes undeveloped film and videotape, data stored on computer disk or by electronic means, which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. See 18 U.S.C. § 2256(5).

   b. The term "sexually explicit conduct" means actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; sadistic or

      masochistic abuse; or lascivious exhibition of the genitals or pubic area of any person. See 18 U.S.C. § 2256(2).

   c.   The term "minor" means any person under the age of eighteen years.

   d.   The term "computer" means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator, or other similar device.

5. On November 20, 2020, Investigator Matthew Sekinger of the Hancock County Sheriff's Office received Cyber Tip Report Number 82468905 from the National Center for Missing and Exploited Children (NCMEC). This CyberTipline Report reported the presence of child sexual abuse material being located by Dropbox, Inc. in a Dropbox account which listed the username of "John Adams" and listed an email address of "hornybiguy020@gmail.com." Sekinger completed a subpoena for the associated IP address and found that the Dropbox, Inc., account had been accessed from an address in Waveland, Hancock County, Mississippi. Sekinger discovered that a Deputy of the Hancock County Sheriff's Office, Derrick Patrick FLANAGAN, resided at that address. FLANAGAN was contacted and stated that the internet connected at the residence had been owned by his former roommate, who had moved out. That CyberTipline Report was then closed by Sekinger.

6. On February 8, 2022, Sekinger was reviewing old CyberTipline Reports which had been assigned to him and found that on March 10, 2021, another CyberTipline Report, Number 85630419, had been assigned to him by the National Center for Missing and Exploited Children (NCMEC). This CyberTipline Report also involved a Dropbox, Inc. account and contained a large amount of suspected child sexual abuse material. The username on this Dropbox, Inc., account was found to be "Derrick Flanagan," which is the name of the Hancock County Deputy who had been contacted previously, with an email address of "navygunner2003@gmail.com." Sekinger was granted and sent a Justice Court search warrant to Dropbox, Inc., for the contents of the account on February 8, 2022 and received the results on February 9, 2022. Upon reviewing the contents, Sekinger confirmed the presence of child sexual abuse images and videos.

7. Sekinger then contacted David Allen, the Director of Investigations for the Cyber Crime Division of the Mississippi Office of the Attorney General. Allen met with Sekinger at the Hancock County Sheriff's Office, located at 1050 Highway 90, Bay St. Louis, Mississippi, the same day, on February 9, 2022. Allen reviewed the case information, and all materials were turned over to him. It was discovered that Flanagan, who was still a Hancock County Sheriff's Deputy, but assigned as a Patrolman in the City of Diamondhead, Hancock County, Mississippi, had moved from Waveland to an apartment in Gulfport, Harrison County, Mississippi.

8. On February 10, 2022, Director Allen was granted a Harrison County Justice Court search warrant for FLANAGAN'S apartment in Gulfport, Mississippi. FLANAGAN was called and

told to come meet with his supervisors at the Hancock County Sheriff's Office, at 1050 Highway 90, Bay St. Louis, Mississippi, prior to reporting for duty in Diamondhead, Mississippi. He arrived and was contacted by FBI Special Agents regarding the Dropbox accounts. He refused to give a statement. At the same time, Director Allen, various Special Agents of the Federal Bureau of Investigations, and Investigators from the Gulfport Police Department, made entry into the apartment, where FLANAGAN lived alone. Director Allen, a Certified Forensic Computer Examiner, performed a forensic triage of a Western Digital SN520 NVMe 256GB SSD drive, with serial number 202958487114, which was installed in a Silver HP Laptop Computer, Model 15-dy1031wm, which had serial number 5CD046092Y. This device was located on the kitchen table and the usage indicated that it belonging to FLANAGAN. Allen identified ten videos and a still image, which appeared to be child sexual abuse material.

9. The files of suspected child sexual abuse files found on the laptop by Director Allen were as follows:

| Filename | MD5 Hash Value |
| --- | --- |
| lena1.mp4 | 00D65A5868866FAB9BBAA1D7E695F710 |
| lena2.mp4 | 6D711F87218ADCF7CAE25B7A09B72F91 |
| lena3.mp4 | 14C12FEE2E6B0FDB61259D4B3059A223 |
| lenalive_ (ЛенкаLive) [2019-01-20 15-35-03] =PRIV= сосу p.mp4 | 9CCFCC6DF49C5A19DBDD184FEB65E8F7 |
| lenalive_ (ЛенкаLive) [2019-01-20 15-03-56] =PRIV= ебемся с.mp4 | 62D224F12DAE49B87207141B6DCCD9D1 |
| lenalive_ (ЛенкаLive) [2019-01-20 15-11-06] =PRIV= ебемся 👁 🎩 👁.mp4 | CC75B3A6DD61B8C7B5652AB188D3B453 |
| lenalive_ (ЛенкаLive) [2019-01-20 15-22-52] =PRIV= ебемся (2).mp4 | 80CC88C96084D1565CDBE6536863CD06 |
| lenalive_ (ЛенкаLive) [2019-01-20 15-27-16] =PRIV= .mp4 | 9AE50EBDC480DDD6239037C94E2A57A3 |
| lenka_live_0 (Lena Lena) [2019-01-19 23-49-28] =PRIV RP= дубль два хд.mp4 | 80EF605B3A7217ECB32BD86D76F68575 |
| vcam_skype - 15yo UK duo get naked jerk and cum, one eats it, HQ, audio.avi | 4A9FEDD6C0446D09651648FAFFFB5E26 |
| vcam_skype - 15yo UK duo get naked jerk and cum, one eats it, HQ, audio.avi.jpg | 0E1D66730E1DCC6FC5B21D69A98C74A4 |
| 1_4925047721401778257.mp4 | 07854F98352E86166EC5BEF0403ECE9D |

    a. The files with MD5 Hash Values 00D65A5868866FAB9BBAA1D7E695F710, 6D711F87218ADCF7CAE25B7A09B72F91, 14C12FEE2E6B0FDB61259D4B3059A223 and 9CCFCC6DF49C5A19DBDD184FEB65E8F7 depict a girl who appears to be under the age of 12 years performing oral sex on a male who appears to be under the age of 18. All three videos appear to be the same girl with the same male. Your Affiant has viewed

these videos and images and based on training and experience is of the opinion that they are child sexual abuse material of minors engaging in sexually explicit conduct as are the following files set forth herein.

b. The files with MD5 Hash Values 62D224F12DAE49B87207141B6DCCD9D1, CC75B3A6DD61B8C7B5652AB188D3B453, and 9AE50EBDC480DDD6239037C94E2A57A3 depict a male performing vaginal sex on a girl, who appears to be the same girl under the age of twelve who was shown in the earlier videos. Your Affiant has viewed these videos and is of the opinion based upon training and experience that they are child sexual abuse material.

c. The file with MD5 Hash Value 80EF605B3A7217ECB32BD86D76F68575 depicts the same girl from all earlier videos, who appears to be under the age of twelve, exposing herself to the camera while masturbating and penetrating herself with objects. Your Affiant has viewed these videos and is of the opinion based upon training and experience that they are child sexual abuse material.

d. The file with MD5 Hash Value 80CC88C96084D1565CDBE6536863CD06 depicts the same girl from all earlier videos, who appears to be under the age of twelve, with her pants and underwear down and sitting on the lap of the male having intercourse. Your Affiant has viewed these videos and is of the opinion based upon training and experience that they are child sexual abuse material.

e. The file with MD5 hash value 4A9FEDD6C0446D09651648FAFFFB5E26 depicts two boys, who appear to be under the age of 18. While in both nude and partially states of dress, they masturbate while facing the camera. Your Affiant has viewed this video and is of the opinion based upon training and experience that they are child sexual abuse material.

f. The file with MD5 hash value 0E1D66730E1DCC6FC5B21D69A98C74A4 is a single image which is a series of thumbnail screenshots with the contents of the video with the Hash Value 4A9FEDD6C0446D09651648FAFFFB5E26. Your Affiant has viewed this image and both boys appear to be under the age of 18. Your Affiant is of the opinion based on training and experience that this is child sexual abuse material.

g. The file with MD5 hash value of 07854F98352E86166EC5BEF0403ECE9D is a video which depicts two boys, one who was under the age of 18 and one who was under the age of 12, who remove their clothing and masturbate in front of the camera. Your Affiant has viewed this video and is of the opinion based upon training and experience that it is child sexual abuse material.

10. Two cell phones were also found at the apartment of FLANAGAN and seized for forensic examination.

11. Two additional cell phones had been found in FLANAGAN's possession when he was contacted at the Hancock County Sheriff's Office and those were subsequently forensically examined under the authority of search warrants from the Hancock County Justice Court.

12. FLANAGAN was arrested by the Mississippi Office of the Attorney General for violations of Mississippi State Statue 97-5-33(3) for accessing Child Sexual Abuse Materials in the Dropbox, Inc. accounts based upon connections to those accounts found in his devices. He was booking into the Harrison County Jail for his safety, as he was a law enforcement officer in Hancock County. His bond was later set at $500,000 for each of the two counts.

13. Based on the aforementioned facts and circumstances, your affiant believes there is probable cause that Derrick Patrick FLANAGAN is in violation of 18 USC 2252 (a)(4)(b), as on February 10, 2022, the defendant did knowingly possess one or more matters that contained any visual depiction, using any means or facility of interstate or foreign commerce, or that had been mailed, shipped, or transported in interstate or foreign commerce, or which was produced using materials that had been so mailed, shipped, or transported, the production of which involved one or more minors, to include a prepubescent minor or minor who had not attained 12 years of age, engaging in sexually explicit conduct and the depiction was of such conduct; specifically, Derrick Patrick FLANAGAN possessed: a Western Digital SN520 NVMe 256GB SSD drive, with serial number 202958487114, which was installed in a Silver HP Laptop Computer, Model 15-dy1031wm, which had serial number 5CD046092Y containing one or more file images, in digital or still or video format, that contained said visual depictions, the production of which involved the use of a minor engaged in sexually explicit conduct, and was of such conduct, as defined in Section 2256, Title 18, United States Code; and such visual depictions traveled in interstate commerce by any means including by computer.

14. And, based on the foregoing, your affiant respectfully requests an arrest warrant be issued for Derrick Patrick FLANAGAN.

Respectfully submitted,

*Hillary Ladner*
Hillary Ladner
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this the 26th of July, 2022.

*Robert P. Myers, Jr.*
Robert P. Myers, Jr.
United States Magistrate Judge
Southern District of Mississippi

Page 5 of 5